```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CIVIL DOCKET ENTRIES FOR CASE A04-0208--CV (JWS)
                              "LILLY PAUL ET AL V USA"

                Including terminated parties, excluding terminated counsel
```

```
   Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
   Magistrate Judge:
      Referral Rule:
             Filed: 09/13/04
            Closed: NO

      Jurisdiction: (2) U.S. Defendant
     PLF Diversity:
     DEF Diversity:

     Nature of Suit: (362) Personal injury - medical malpratice

            Origin: (1) Original Proceeding
            Demand:
        Filing fee: Waived
          Trial by: Court
```

| Parties of Record: | | Counsel of Record: |
|---|---|---|
| PLF 1.1 | PAUL, LILLY | Jim J. Valcarce<br>Cooke Roosa et al<br>900 3rd Avenue<br>POB 409<br>Bethel, AK 99559<br>907-543-2744<br>FAX 907-543-2746 |
| PLF 2.1 | PAUL, JASON GEORGE DAVID, ESTATE OF | Jim J. Valcarce<br>(see above) |
| DEF 1.1 | UNITED STATES OF AMERICA | Susan J. Lindquist<br>U.S. Attorney's Office<br>222 W. 7th Avenue, #9<br>Anchorage, AK 99513-7567<br>907-271-5071 |

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
        CIVIL DOCKET ENTRIES FOR CASE A04-0208--CV (JWS)
                    "LILLY PAUL ET AL V USA"

                         For all filing dates
```

```
  Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
 Magistrate Judge:
    Referral Rule:
            Filed: 09/13/04
           Closed: NO

     Jurisdiction: (2) U.S. Defendant
    PLF Diversity:
    DEF Diversity:

   Nature of Suit: (362) Personal injury - medical malpratice

           Origin: (1) Original Proceeding
           Demand:
       Filing fee: Waived
         Trial by: Court
```

| Document # | | Filed | Docket text |
|---|---|---|---|
| 1 - | 1 | 09/13/04 | Complaint filed. |
| 2 - | 1 | 09/13/04 | PLF 1 motion (request) for waiver of filing fee. |
| 2 - | 2 | 09/13/04 | PLF 1 Notice of filing related case. |
| 2 - | 3 | 09/13/04 | PLF 1 motion (request) for same judicial assignment. |
| 3 - | 1 | 09/20/04 | JWS Minute Order denying motion (request) for waiver of filing fee (2-1), motion (request) for same judicial assignment (2-3).  cc: L. Paul, Finance |
| NOTE - | 1 | 10/01/04 | Issued: summons re: John Ashcroft & Timothy Burgess. |
| 4 - | 1 | 10/29/04 | JWS Minute Order that plf pay filing fee by 11/5/04 or case dism w/o prej. cc: cnsl |
| NOTE - | 2 | 11/01/04 | Notation: filing fee paid # 00124372. |
| 5 - | 1 | 11/30/04 | JWS Minute Order that plf file proofs of svc on defs served & comply w/FRCvP 4(m). cc: cnsl |
| 6 - | 1 | 12/03/04 | PLF 1-2 Return of Service Executed re: Atty Gen on 10/12/04. |
| 7 - | 1 | 12/03/04 | PLF 1-2 Return of Service Executed re: T. Burgess (USA) on 10/06/04. |
| 8 - | 1 | 12/06/04 | DEF 1 Answer to Complaint. |
| 9 - | 1 | 12/07/04 | JWS Minute Order that parties have until 12/22/04 to decline to participate in early neutral evaluation or case will proceed to early neutral evaluation before Judge von der Heydt. cc: cnsl, Judge von der Heydt, ADR Administrator |
| 10 - | 1 | 12/10/04 | DEF 1 Opposition to early neutral evaluation. |
| 11 - | 1 | 12/13/04 | JWS Minute Order re: initial case stat rpt/case S&P; Rule 16(b) rpt is due w/i 28 days from svc of this ord. cc: cnsl |

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                        CIVIL DOCKET ENTRIES FOR CASE A04-0208--CV (JWS)
                                    "LILLY PAUL ET AL V USA"

                                       For all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 12 - 1 | 01/11/05 | PLF 1-2; DEF 1 Status Report. |
| 13 - 1 | 01/31/05 | JWS Scheduling and Planning Order setting pretrial deadlines: Original discovery 12/30/05; Dispositive motions deadline 01/30/06; Estimate of trial 4 days; TBC. cc: cnsl |