NELSON P. COHEN
United States Attorney

SUSAN LINDQUIST
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
susan.lindquist@usdoj.gov

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LILY PAUL, Individually and as Personal Representative of the Estate of Jason George David Paul, Deceased,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendants. | Case No. 3:04-cv-00208-JWS<br><br>STIPULATION TO DISMISS WITH PREJUDICE |

The parties, through counsel, stipulate to dismiss this case with prejudice pursuant to Fed. R. Civ. P. 41 (a)(1) (ii).  Each party shall bear its own costs and attorney fees.  The case has settled.

Respectfully submitted, on November 2, 2006

>NELSON P. COHEN
>United States Attorney
>
>s/ Susan J. Lindquist
>Assistant U. S. Attorney
>222 West 7th Ave., #9, Rm. 253
>Anchorage, AK 99513-7567
>Phone: (907) 271-3378
>Fax: (907) 271-2344
>E-mail: susan.lindquist@usdoj.gov
>AK #9008053
>For the Defendant
>
>
>COOKE, ROOSA & VALCARCE
>
>s/Jim Valcarce   (Consent)
>PO Box 409
>Bethel, AK 99559
>Phone: (907) 543-2744
>Fax: (907) 542-2746
>E-mail: jim@bushlawyers.com
>AK #9505011
>For the Plaintiffs