IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LILY PAUL, Individually and as Personal Representative of the Estate of Jason George David Paul, Deceased,<br><br>           Plaintiff,<br><br>      v.<br><br>UNITED STATES OF AMERICA,<br><br>           Defendants. | Case No. 3:04-cv-00208-JWS<br><br>**[Proposed]**<br>**ORDER DISMISSING THE CASE WITH PREJUDICE** |

The parties, through counsel, stipulated to dismiss this case with prejudice because it has settled. The stipulation is accepted and the case is dismissed with prejudice.

DATE: _____          _____
                                JOHN W. SEDWICK
                                United States District Judge


Paul v. U.S.
3:04-cv-00208-JWS