IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LILY PAUL, Individually and as Personal Representative of the Estate of Jason George David Paul, Deceased,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Defendants. | Case No. 3:04-cv-00208-JWS<br><br>**ORDER DISMISSING THE CASE WITH PREJUDICE** |

　　The parties, through counsel, stipulated to dismiss this case with prejudice because it has settled. The stipulation is accepted, and the case is dismissed with prejudice.


DATE: 11/03/2006

　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　JOHN W. SEDWICK
　　　　　　　　　　　　　　United States District Judge